597. HOWARD *v.* THE STATE.

HILL, C. J. In the absence of any written request for more specific instructions, the charge as a whole sufficiently and without material error submitted the issues involved; and the verdict is amply supported by the evidence.                     *Judgment affirmed*

Accusation of carrying concealed weapon, from city court of Sylvester—Judge Park. June 12, 1907.

Submitted July 18,—Decided September 19, 1907.

*Payton & Hay,* for plaintiff in error.

*J. H. Tipton, solicitor,* contra.